FILED
**Charlotte**
**Mar 5 2026**
U.S. District Court
Western District of N.C.

Received
U.S. Marshals Service
Charlotte, NC
9:34 am, Jul 30 2025

# UNITED STATES DISTRICT COURT
for the
## Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 0419 3:09CR00008- 001 |
| | ) |
| | ) |
| Clevo Shuff | ) |
| *Defendant* | ) |

# ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* <u>Clevo Shuff</u>,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: July 29, 2025

City and state:     Charlotte, NC

Kenneth D. Bell
United States District Judge

---

**Return**

This warrant was received on *(date)* __7-30-26__, and the person was arrested on *(date)* __3-5-26__ at *(city and state)* __CHARLOTTE, NC__.

Date: __3-5-26__

*Arresting officer's signature*

B. ROYALS, DUSM
*Printed name and title*